NUMBER 13-05-699-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

JERRY B. KASSEL,                                                   Appellant,

 

                                           v.

 

HELEN
ROWSEY ROY,                                               Appellee.

________________________________________________________

 

                 On appeal from the 197th  District Court

                          of Cameron
County, Texas.

________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, JERRY
B. KASSEL, perfected an appeal from a judgment entered by the 197th
District Court of Cameron County, Texas, in cause number 1990-01-387-C.  After the
record was filed, appellant filed a motion to dismiss the appeal without
prejudice.  Appellant requests that this
Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal without prejudice,
is of the opinion that the motion should be granted.  Appellant=s motion to dismiss without prejudice is granted,
and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and

filed this the 25th day of May, 2006.